# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WALKER et al., | CASE NO. 1:11-cv-01195-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER TO FILE EXECUTED SUMMONSES** |
| U.S. DEPARTMENT OF COMMERCE, et al., | **ORDER VACATING SCHEDULING CONFERENCE** |
| Defendant. | |

## I. INTRODUCTION

On July 18, 2011, Plaintiff Robin Walker filed a complaint against the United States Department of Commerce, Census Bureau, Araceli Barcelos, Anthony Munoz, and Salvidor Ramiriz. (Doc. 1.) The Court issued a scheduling order and set the initial scheduling conference for November 3, 2011. (Doc. 3.) Summonses as to each defendant were issued on July 20, 2011. (Docs. 4-8.) No executed summonses were filed.

On October 20, 2011, Plaintiff Walker filed a First Amended Complaint ("FAC") joining additional plaintiffs and defendants. (Doc. 9.) The FAC joined James Braun, Maria Dupras, Mona Perez, and Melissa Carmichael as plaintiffs. The FAC also named additional defendants: (1) Jeffrey Enos; (2) Celeste Jiminez; (3) James T. Christy; (4) Kurtis Docken; (5) Joel Alonzo; (6) Patrick Hescox; (7) Sandra Iraheta Augilara; (8) Julie Lam; and (9) Geof Rolat. On October 25, 2011,

summonses were issued as to the additionally added defendants. (Docs. 10-12.)

## II.  DISCUSSION

Federal Rule of Civil Procedure 4(m) provides that, "[i]f a defendant is not served within 120 days after the complaint is filed, the court – on motion or its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

As no executed summonses have been filed indicating that service has been completed with regard to any defendants, the scheduling conference currently set for November 3, 2011, is VACATED.  Plaintiffs are instructed to file executed summonses showing that service of process has been effected.  If service has not been effected on all defendants, Plaintiffs shall file a status report indicating when service will be completed.

## III.  CONCLUSION AND ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for November 3, 2011, is VACATED;

2. Plaintiffs shall file executed summonses **on or before November 17, 2011**, as to the defendants who have been served; and

3. **On or before November 17, 2011**, Plaintiffs shall file a status report indicating when service will be completed as to the defendants who have not been served.

IT IS SO ORDERED.

**Dated:   October 27, 2011**                                /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE