# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WALKER et al., | CASE NO. 1:11-cv-01195-AWI-SKO |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE OR FILE A STATUS REPORT** |
| U.S. DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |

## I.   INTRODUCTION

On July 18, 2011, Plaintiff Robin Walker filed a complaint against the United States Department of Commerce, Census Bureau, Araceli Barcelos, Anthony Munoz, and Salvidor Ramiriz. (Doc. 1.) The Court issued a scheduling order and set the initial scheduling conference for November 3, 2011. (Doc. 3.) Summonses as to each defendant were issued on July 20, 2011. (Docs 4-8.) No executed summonses were filed.

On October 20, 2011, Plaintiff Walker filed a First Amended Complaint ("FAC") joining additional plaintiffs and defendants. (Doc. 9.) The FAC joined James Braun, Maria Dupras, Mona Perez, and Melissa Carmichael as plaintiffs. The FAC also named additional defendants: (1) Jeffery

Enos; (2) Celeste Jiminez; (3) James T. Christy; (4) Kurtis Docken; (5) Joel Alonzo; (6) Patrick Hescox; (7) Sandra Iraheta Aguilara; (8) Julie Lam; and (9) Geof Rolat. On October 25, 2011, summonses were issued as to the additionally named defendants. (Docs. 10-12.)

On October 28, 2011, the Court issued an order requiring Plaintiffs to file executed summonses on or before November 17, 2011, as to the defendants who had been served and to file a status report indicating when service would be completed as to any defendants that had not been served as of November 17, 2011. (Doc. 13.) The Court also vacated the November 3, 2011, scheduling conference.

Plaintiff filed executed summonses as to the following defendants: (1) U.S. Department of Commerce (Docs. 15, 16); (2) Census Bureau (Doc. 14); (3) James T. Christy (Doc. 17); (4) Jeffrey Enos (Doc. 17); (5) Celeste Jiminez (Doc. 17); (6) Julie Lam (Doc. 18); (7) Geof Rolat (Doc. 18); and (8) Araceli Barcelos (Doc. 19).

## II.   DISCUSSION

Although required by the Court's October 28, 2011, order, no status report was filed providing information whether the following defendants had been or will be served: (1) Salvidor Ramiriz; (2) Anthony Munoz; (3) Kurtis Docken; (4) Joel Alonzo; (5) Patrick Hescox; and (6) Sandra Iraheta Aguilara.

Prior to February 17, 2012, these defendants must either be served or Plaintiffs must establish good cause why service has not yet been effected. Fed. R. Civ. P. 4(m). Should Plaintiffs fail to take either of these actions prior to February 17, 2012, pursuant to Federal Rule of Civil Procedure 4(m) the Court will recommend to the district court that these defendants be dismissed without prejudice. Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.")

## III.   CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Plaintiffs are ORDERED to show cause in writing **within 10 days of the date of this order** why sanctions should not be imposed for failure to comply with the Court's

October 28, 2011, order; OR

2. **Within 10 days from the date of this order,** Plaintiffs shall file a status report indicating the status of service of the FAC as to (1) Salvidor Ramiriz; (2) Anthony Munoz; (3) Kurtis Docken; (4) Joel Alonzo; (5) Patrick Hescox; and (6) Sandra Iraheta Aguilara.

IT IS SO ORDERED.

**Dated:   December 9, 2011**                    /s/ **Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE