```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Defendants

 7

 8
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN WALKER, JAMES BRAUN, MARIA DUPRAS, MONA PEREZ, MELISSA CARMICHAEL, and DOES 1-100 inclusive, <br><br>         Plaintiffs, <br><br>    v. <br><br>UNITED STATES DEPARTMENT OF COMMERCE, CENSUS BUREAU, ARACELI BARCELO, SALVADOR RAMIREZ, ANTHONY MUNOZ, JEFFREY ENOS, CELESTE JIMINEZ, JAMES T. CHRISTY, KURTIS DOCKEN, JOEL ALONZO, PATRICK HESCOX, SANDRA IRAHETA AGUILARA, JULIE LAM, GEOF ROLAT, as individuals and DOES 1-100, inclusive, <br><br>         Defendants. | Case No. 1:11-cv-01195-AWI-SKO <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

    The parties to this action hereby stipulate and agree, and request that the Court order, that the time within which defendants U.S. Department of Commerce, Census Bureau, James T. Christy, Jeffrey Enos, Celeste Jiminez, Julie Lam, Geof Rolat,

1

and Araceli Barcelos must respond to the First Amended Complaint (Doc. 9) be extended to February 13, 2012.  The United States has requested this extension in order to allow sufficient time for processing of requests for representation by the defendants named individually in this action.

RESPECTFULLY SUBMITTED,

Dated: December 29, 2011.      BENJAMIN B. WAGNER
                               United States Attorney

                          By:  /s/ Benjamin E. Hall
                               BENJAMIN E. HALL
                               Assistant U.S. Attorney
                               Attorneys for Defendants

Dated: December 29, 2011.      LAW OFFICES OF BRIAN C. LEIGHTON

                          By:  /s/ Brian C. Leighton
                               BRIAN C. LEIGHTON
                               Attorneys for Plaintiffs

## ORDER

IT IS HEREBY ORDERED that Defendants U.S. Department of Commerce, Census Bureau, James T. Christy, Jeffrey Enos, Celeste Jiminez, Julie Lam, Geof Rolat, and Araceli Barcelos' request for an extension of time to file a response to Plaintiffs' complaint is GRANTED, and Defendants' responsive pleading is due on or before February 13, 2012.

IT IS SO ORDERED.

**Dated:   January 3, 2012**              /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE