# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WALKER, et al., | CASE NO. 1:11-cv-01195-AWI-SKO |
| Plaintiffs, | |
| v. | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. / | |

On February 6, 2012, Plaintiffs filed a status report indicating difficulty locating certain defendants named in the complaint for purposes of completing service of process.  (Doc. 26.) Plaintiffs request a 60-day continuance of the scheduling conference currently set for March 6, 2012, to complete service of process.  Plaintiffs also seek an order permitting service by publication as to the unserved defendants, or alternatively, an order permitting early discovery to locate the unserved defendants.

To consider Plaintiffs' request, Plaintiffs must notice and file a motion seeking leave to serve early discovery or permitting service by publication.  To provide Plaintiffs adequate time to file such a motion, the scheduling conference set for March 6, 2012, shall be CONTINUED.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request to continue the March 6, 2012, scheduling conference is GRANTED;

2. The Scheduling Conference shall be CONTINUED to **May 10, 2012, at 9:15 a.m. in Courtroom 7**; and

3. Any motion seeking leave to serve early discovery or to permit service by publication should be filed as soon as possible, but in any event, no later than April 18, 2012.

IT IS SO ORDERED.

**Dated:   February 13, 2012**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE