1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT FOR THE**

7 **EASTERN DISTRICT OF CALIFORNIA**

8

9 **ROBIN WALKER, JAMES BRAUN,**        )        **1:11-CV-01195 AWI SKO**
**MARIA DUPRAS, MONA PEREZ,**           )
10 **MELISSA CARMICHAEL, and DOES 1-**  )        **ORDER VACATING APRIL 2,**
**100 inclusive,**                               )        **2012 HEARING DATE AND**
11                                                       )        **TAKING DEFENDANTS'**
                  **Plaintiffs,**                 )        **MOTION TO DISMISS AND**
12                                                       )        **MOTION TO STRIKE UNDER**
         **v.**                                          )        **SUBMISSION**
13                                                       )
**UNITED STATES DEPARTMENT OF**      )        (Doc. No. 27)
14 **COMMERCE, CENSUS BUREAU,**        )
**ARACELI BARCELO, SALVADOR**          )
15 **RAMIREZ, ANTHONY MUNOZ,**         )
**JEFFREY ENOS, CELESTE JIMINEZ,**    )
16 **JAMES T. CHRISTY, KURTIS**           )
**DOCKEN, JOEL ALONZO, PATRICK**    )
17 **HESCOX, SANDRA IRAHETA**           )
**AGUILARA, JULIE LAM, GEOF**          )
18 **ROLAT, as individuals and DOES 1-100,** )
**inclusive,**                                      )
19                                                       )
                  **Defendants.**                )
20 _____        )

21

22         Currently pending before this Court is a motion to dismiss and motion to strike filed by

23 Defendants U.S. Department of Commerce, Census Bureau, James T. Christy, Jeffrey Enos,

24 Celeste Jiminez, Julie Lam, Geof Rolat and Araceli Barcelos ("Defendants").  See Court's

25 Docket, Doc. No. 27.  This motion is set for hearing on April 2, 2012, at 1:30 p.m. in Courtroom

26 2.  The Court has reviewed the moving papers and has determined that this matter is suitable for

27 decision without oral argument.  See Local Rule 230(g).

28         Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 2,

2012, is VACATED, and the parties shall not appear at that time.  As of April 2, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 28, 2012    

_____
CHIEF UNITED STATES DISTRICT JUDGE

2