# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WALKER, JAMES BRAUN, MARIA DUPRAS, MONA PEREZ, MELISSA CARMICHAEL, and DOES 1-100 inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, CENSUS BUREAU, ARACELI BARCELO, SALVADOR RAMIREZ, ANTHONY MUNOZ, JEFFREY ENOS, CELESTE JIMINEZ, JAMES T. CHRISTY, KURTIS DOCKEN, JOEL ALONZO, PATRICK HESCOX, SANDRA IRAHETA AGUILARA, JULIE LAM, GEOF ROLAT, as individuals and DOES 1-100, inclusive,<br><br>Defendants. | 1:11-CV-01195 AWI SKO<br><br>ORDER VACATING APRIL 2, 2012 HEARING DATE AND TAKING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE UNDER SUBMISSION<br><br>(Doc. No. 27) |

Currently pending before this Court is a motion to dismiss and motion to strike filed by Defendants U.S. Department of Commerce, Census Bureau, James T. Christy, Jeffrey Enos, Celeste Jiminez, Julie Lam, Geof Rolat and Araceli Barcelos ("Defendants"). See Court's Docket, Doc. No. 27. This motion is set for hearing on April 2, 2012, at 1:30 p.m. in Courtroom 2. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 2,

2012, is VACATED, and the parties shall not appear at that time.  As of April 2, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     March 28, 2012                                       /s/ signature
                                                                    CHIEF UNITED STATES DISTRICT JUDGE