# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WALKER et al., | CASE NO. 1:11-cv-01195-AWI-SKO |
| Plaintiffs, | **ORDER TO STRIKE MOTION FOR EXTENSION OF TIME FILED AT DOCKET NO. 37** |
| v. | |
| U.S. DEPARTMENT OF COMMERCE, et al., | (Doc. 37) |
| Defendants. | |

On May 23, 2012, Plaintiff Maria Dupras ("Plaintiff") filed a document entitled "Motion for Extension of Time to file Amended Complaint and Motion to Change Venue." (Doc. 37.) Plaintiff filed this document without the assistance of her counsel, Brian Leighton, Esq.,who has entered an appearance on her behalf.

If Plaintiff no longer wishes to be represented by counsel, she must file a "Request for Substitution" and ask that her current counsel be substituted out of the case so that Plaintiff may represent herself *in propria persona* (without counsel). Until such time as Plaintiff Dupras has

substituted herself or another attorney in place of her current attorney of record, she may not file documents *in propria persona*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "Motion for Extension of Time" is STRICKEN and the Clerk of Court is DIRECTED to REMOVE the document from the docket;

2. If Plaintiff wishes to proceed without counsel, she must file a request to substitute herself in place of her current attorney of record; and

3. The Clerk of Court is DIRECTED to serve this order on Plaintiff Maria Dupras at 616 E. Orange Street, Santa Maria, CA 93454.

IT IS SO ORDERED.

**Dated:   May 29, 2012**                             /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE