1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  ROBIN WALKER et al.,                          CASE NO. 1:11-cv-01195-AWI-SKO

9

10                        Plaintiffs,            **ORDER GRANTING PLAINTIFF**
                                                 **DUPRAS' REQUEST TO**
11        v.                                     **SUBSTITUTE ATTORNEY OF**
                                                 **RECORD**
12
   U.S. DEPARTMENT OF COMMERCE,
13 et al.,                                       (Doc. 39)

14                        Defendants.
   _____/
15

16        On June 4, 2012, Plaintiff Maria Dupras ("Plaintiff") filed a request to substitute her current

17 counsel of record, Brian Leighton, Esq., and represent herself *in propria persona*.  (Doc. 39.)

18 Plaintiff's counsel has agreed to this substitution.  (Doc. 40.)

19        Accordingly, IT IS HEREBY ORDERED that:

20        1.      Plaintiff's substitution request is GRANTED; and

21        2.      The Clerk of Court is DIRECTED to serve this order on Plaintiff Dupras at 616 E.

22                Orange Street, Santa Maria, California 93454.

23
24
25
26 IT IS SO ORDERED.

27 **Dated:   June 6, 2012**          _____/s/ Sheila K. Oberto_____
                                      UNITED STATES MAGISTRATE JUDGE
28