```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN WALKER, JAMES BRAUN, MONA PEREZ, and MELISSA CARMICHAEL,<br><br>           Plaintiffs,<br><br>     v.<br><br>JOHN BRYSON, in his official capacity as the Secretary of the UNITED STATES DEPARTMENT OF COMMERCE; and ROBERT GROVES, in his official capacity as the Director of the UNITED STATES CENSUS BUREAU, an agency of the UNITED STATES DEPARTMENT OF COMMERCE,<br><br>           Defendants. | Case No. 1:11-cv-01195-AWI-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

   The parties to this action hereby stipulate and agree, and request that the Court order, that the Scheduling Conference set for August 28, 2012, be continued for the following reasons. Defendants contend that Plaintiffs are not properly joined as parties under Rule 20(a)(1) of the Federal Rules of Civil Procedure, and Defendants will file by September 7, 2012, a motion to sever Plaintiffs' claims.  Plaintiffs dispute that

1  joinder is improper but agree that in the interests of economy
2  and efficiency, the scheduling of the case or cases should be
3  deferred until the Court has determined whether joinder is
4  proper.  Accordingly, the parties respectfully request that the
5  Court order that the Scheduling Conference set for August 28,
6  2012, be vacated; that Defendants shall file their motion to
7  sever no later than September 7, 2012; and that the Scheduling
8  Conference will be reset following the Court's ruling on
9  Defendants' motion.

10                                         RESPECTFULLY SUBMITTED,
11 Dated: August 21, 2012.               BENJAMIN B. WAGNER
                                         United States Attorney
12
13                                 By:   /s/ Benjamin E. Hall
                                         BENJAMIN E. HALL
14                                       Assistant U.S. Attorney
                                         Attorneys for Defendants
15
16 Dated: August 21, 2012.               LAW OFFICES OF BRIAN C.
                                         LEIGHTON
17
                                         THE LAW OFFICES OF THOMAS M.
18                                       GIOVACCHINI
19                                       [Authorized 8/21/12]
20                                 By:   /s/ Brian C. Leighton
                                         BRIAN C. LEIGHTON
21                                       Attorneys for Plaintiffs

22                                **ORDER**

23      The parties' stipulated request is GRANTED in part.  To
24 efficiently manage the docket, the Scheduling Conference will be
25 continued rather than vacated, as requested by the parties.  The
26 Court will continue the Scheduling Conference as necessary while
27 Defendants' motion is pending should the matter not be resolved
28 by November 15, 2012.

Accordingly, the Court HEREBY ORDERS that:

1. The Scheduling Conference currently set for August 28, 2012, is CONTINUED to November 15, 2012, at 9:45 a.m. in Courtroom 7; and

2. Defendants shall file their motion to sever no later than September 7, 2012.

IT IS SO ORDERED.

**Dated:   August 21, 2012**              /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE