1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Defendants
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 ROBIN WALKER, et al.,                    **Case No. 1:11-cv-01195-SKO**

                        Plaintiffs,         **STIPULATION AND ORDER**
12                                          **TO CONTINUE PRETRIAL CONFERENCE**

                     v.
13
   JOHN BRYSON, IN HIS OFFICIAL
14 CAPACITY AS THE SECRETARY OF THE
   UNITED STATES DEPARTMENT OF
15 COMMERCE; AND ROBERT GROVES, IN
   HIS OFFICIAL CAPACITY AS THE
16 DIRECTOR OF THE UNITED STATES
   CENSUS BUREAU, AN AGENCY OF THE
17 UNITED STATES DEPARTMENT OF
   COMMERCE,
18
                        Defendants.
19

20

21         The parties to this action hereby stipulate and request that the pretrial conference set for February

22 5, 2014, at 2 p.m. in Courtroom 7, be continued to February 28, 2014, at 2 p.m. in Courtroom 7.

23 Plaintiffs have requested a continuance of the pretrial conference because trial co-counsel for plaintiffs,

24 Mr. Giovacchini, has been unavailable for health reasons to assist in preparations for the pretrial

25 conference.  Defendants do not object to the continuance, and the parties have been informed by Court

26 staff that the Court is available to conduct the pretrial conference on February 28.  Accordingly, the

27 parties respectfully request that the Court continue the pretrial conference to February 28, 2014, at 2

28 p.m. in Courtroom 7.

STIPULATION AND ORDER                          1
TO CONTINUE PRETRIAL CONFERENCE

1    Dated:  January 28, 2014                         BENJAMIN B. WAGNER
                                                      United States Attorney
2

3                                            By   /s/ Benjamin E. Hall
                                                  BENJAMIN E. HALL
4                                                 Assistant United States Attorney
                                                  Attorneys for Defendants
5

6    Dated:  January 28, 2014                      LAW OFFICES OF BRIAN C. LEIGHTON

7

8                                            By   /s/ Brian C. Leighton
                                                  BRIAN C. LEIGHTON
9                                                 Attorneys for Plaintiff

10

11                                           **ORDER**

12

13   IT IS SO ORDERED.

14
         Dated:   **January 29, 2014**                **/s/ Sheila K. Oberto**
15                                                UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                              2
TO CONTINUE PRETRIAL CONFERENCE