1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| ROBIN WALKER, JAMES BRAUN and, MONA PEREZ | ) ) ) | CASE NO. 1:11-CV-01195 SKO |
| Plaintiffs, | ) ) ) | **VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON** |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) the Plaintiffs in this action

hereby voluntarily dismiss this action in its entirety with prejudice.  This dismissal is based upon

the entered Stipulation for Compromise Settlement and Release of Claims entered into by the

parties in March of this year.

DATED:        April 22, 2014            Respectfully submitted.

/S/ Brian C. Leighton

BRIAN C. LEIGHTON, Attorney for
Plaintiffs

1

2

### **ORDER**

3

     The above entitled action is hereby DISMISSED with prejudice, and the case shall be

4

administratively closed.

5

6

7

IT IS SO ORDERED.

8

   Dated:   **April 27, 2014**                 **/s/ Sheila K. Oberto**

9

                                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2014, I electronically filed the following document(s) with the Clerk of the Court by using CM/ECF system:

**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 22, 2014, at Clovis, California.

/S/ Kimberly R. Barker

Kimberly R. Barker, declarant